**Order entered October 12, 2022**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00273-CR**

**ANGEL JASSO RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-23934-P**

**ORDER**

Before the Court is appellant's October 11, 2022 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **November 7, 2022**. If appellant fails to file his brief by November 7, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/     DENNISE GARCIA
         JUSTICE